UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOSEPH DADON an individual, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:19-cv-03862-JMS-DLP |
| ) | |
| UNITED STATES OF AMERICA by and ) | |
| through the Internal Revenue Service, ) | |
| ) | |
| Defendant. ) | |

### ORDER

This matter comes before the Court on the Petition to Quash Internal Revenue Service Third Party Summons (Dkt. 1). On October 29, 2019, the Petitioner filed an Amended Petition to Quash IRS Third Party Summons. [Dkt. 6.] Accordingly, the Court, having fully reviewed the matter, hereby **DENIES AS MOOT** the original Petition. (Dkt. 1).

So ORDERED.

Date: 11/4/2019

Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record.