UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOSEPH DADON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:19-cv-03862-JMS-DLP |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

**ORDER VACATING INITIAL PRETRIAL CONFERENCE**
**HON. MAGISTRATE JUDGE DORIS L. PRYOR**

This matter comes before the Court on Defendant's Unopposed Motion to Excuse the Parties from Preparation of Case Management Plan and 26(f) Conference, Dkt. [15]. The Court, having considered the same and being duly advised, hereby GRANTS said motion. The Court now VACATES the Initial Pretrial Conference scheduled for January 21, 2020 at 4:00 p.m. The parties are excused from preparing and submitting a case management plan and from participation in a Rule 26(f) conference.

SO ORDERED.

Date: 1/13/2020

*Doris L. Pryor*
Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email