UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOSEPH DADON,<br>　　*Plaintiff*,<br><br>　　*vs.*<br><br>UNITED STATES OF AMERICA, BY AND THROUGH THE INTERNAL REVENUE SERVICE,<br>　　*Defendant*. | 1:19-cv-03862-JMS-DLP |

## ORDER

On December 13, 2019, Defendant the United States of America filed a Motion to Dismiss and, in the Alternative, Motion for Summary Judgment. [Filing No. 11.] Federal Rule of Civil Procedure 12(d) provides that "[i]f, on a motion under Rule 12(b)(6) or 12(c), matters outside the pleadings are presented to and not excluded by the court, the motion must be treated as one for summary judgment under Rule 56. All parties must be given a reasonable opportunity to present all the material that is pertinent to the motion." Fed. R. Civ. P. 12(d). After reviewing the Motion, the Court has determined that it should be treated as a Motion for Summary Judgment. Accordingly, the Court will afford Mr. Dadon an opportunity to present any material that he believes is relevant to the motion. He must do so by **February 14, 2020**.

Date: 1/30/2020

　　　　　　　　　　　　　　　　　　　　　　Hon. Jane Magnus-Stinson, Chief Judge
　　　　　　　　　　　　　　　　　　　　　　United States District Court
　　　　　　　　　　　　　　　　　　　　　　Southern District of Indiana

**Distribution via ECF only to all counsel of record**